DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAKS FIFTH AVENUE, LLC,**
Appellant,

v.

**PERUVIAN AVENUE CORPORATION,**
Appellee.

No. 4D2024-2529

[October 16, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine D. Cheesman, Judge; L.T. Case No. 50-2022-CA-001878-XXXX-MB.

Garry A. Woodfield and Alejandra S. Alvarez of Nason Yeager Gerson Harris & Fumero, P.A., Palm Beach Gardens, for appellant.

Bernard Lebedeker of Xenick, Lebedeker, Pepin, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., and MAY and SHAW, JJ., concur.

\*            \*            \*

***Not final until disposition of timely-filed motion for rehearing.***